UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GAGIK VERDYAN,

Petitioner,

v.

WARDEN OF OTAY MESA
DETENTION CENTER,

Respondent.

Case No.:  26-cv-1767-JO-VET

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
[DKT. 1]**

For the reasons stated at Dkt. 7, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Respondent is ORDERED to release him by 5 p.m. on April 16, 2026. Respondent must file a declaration confirming Petitioner's release by 5 p.m. on the following business day.

2. Respondent is ENJOINED from removing Petitioner from the United States or from this District, or from redetaining him, unless the government (1) has obtained travel documents for Petitioner and (2) made concrete arrangements for his flight in the reasonably foreseeable future.  Respondent shall file a written

1

declaration with this Court **at least 48 hours prior** to any redetention, confirming that he has satisfied the requirements above.

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-1767-JO-VET